Patrick J. Morrissey
Attorney for Debtor
P.O. Box 707
Okanogan, WA 98840
Phone :( 509) 422-6990
Fax:    (509) 422-5224

In re:

JAMES W. WALLACE, JR.,

          Debtor.

NO. 04-08560-JAR11

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON CONFIRMATION OF DEBTOR'S SIXTH AMENDED CHAPTER 11 PLAN OF REORGANIZATON**

      THIS MATTER having come on for telephonic hearing on February 12, 2008, before the above-entitled Court for confirmation of Debtor's Sixth Amended Chapter 11 Plan of Reorganization, as further amended at confirmation, with Debtor and Debtor's attorney, Patrick J. Morrissey, appearing, creditor FH Partners, LP, appearing by its attorneys, Hacker & Willig, and creditor Tower Investments, Inc., appearing by its attorney, Donald Boyd of Carlson Boyd & Bailey. The court having reviewed Debtor's declaration filed in support of confirmation and Debtor having testified under oath in support of the proposed Plan of Reorganization, and amendments thereto, and the he court having heard statement of counsel, and having reviewed the files herein, makes the following:

### FINDINGS OF FACT

1. Debtor filed his petition for relief under Chapter 11 of the bankruptcy on November 22, 2004;

2. Debtor filed herein his Third Amended Disclosure Statement and Sixth Amended Chapter 11 Plan of Reorganization on June 8, 2007;

3. Debtor's Third Amended Disclosure Statement was approved by the above court by order filed herein on June 29, 2007.

4. Creditor Tower Investments, Inc., as Classes 3 and 4, and FH Partners LP, as Classes 6 and 7, did file objections to confirmation of the Plan. Each of Tower Investments, Inc., and FH Partners, LP, have withdrawn their objections as evidenced by their approval of the proposed order confirming the Plan and amendments thereto.

5. The contents of Debtor's Plan as modified by the confirmation order comply with the requirements of 11 U.S.C. 1123.

6. 11 U.S.C. 1129 (a) (3): That the Plan has been proposed by Debtor in good faith and not by any means forbidden by law.

7. 11 U.S.C. 1129 (4) The Plan provides for payment by the Debtor for services, costs and expenses in connection with the case, which have been approved by, or are subject to the approval of the court, as reasonable.

8. 11 U.S.C. 1129 (5) (B): Debtor, as proponent of the Plan, has disclosed the Debtor will continue to manage and market the remaining properties of the estate, without compensation, as necessary to fully perform the Plan.

9. 11 U.S.C. 1129 (7) is complied with in all respects in that each holder of an impaired claim has accepted the Plan as evidenced by the report on balloting and withdrawal of objections to confirmation.

10. As required by 11 U.S.C. 1129 (10) at least one class of impaired claims has accepted the Plan. As evidenced by the Report of Balloting filed on August 27, 2007, as docket item no. 499, impaired classes 2 and 10 accepted the Plan.

11. 11 U.S.C. 1129 (8): Although impaired, each of classes 3, 4, 6 and 7 has accepted the Plan. Additionally, the Plan complies with 11 U.S.C. 1129 (b) (1) in that the Plan does not discriminate unfairly, and is fair and equitable as to such classes as evidenced by the terms of the Plan, Third Amended Disclosure Statement and Debtor's declaration filed in support of confirmation in that each of the holders of such claims retain the liens securing the claims and that the lien attaches to the proceeds of the sale of the property subject to the liens.

12. That the Plan complies in all respects with the requirements of 11 U.S.C. 1129.

13. That all fees payable under Section 1930 of Title 28 of the United States Code have been paid or are provided for.

14. Debtors proposed modifications to Plan do not adversely affect creditors and may be approved without further notice.

Based on the foregoing Findings the court concludes as follows:

1. Debtor's motion to amend the Plan at confirmation should be granted, and

2. That Debtor's Plan of Reorganization, as modified at confirmation as requested by Debtor, should be confirmed.

Presented by:

Patrick J. Morrissey

By _____
Patrick J. Morrissey, WSBA 3045
Attorney for Debtor

_____
John A. Rossmeissl
Bankruptcy Judge

02/29/2008 11:40:55 AM